IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MELISSA F. BLEVINS,

    Plaintiff,

v.

AMERASSIST SERVICE COMPANY, LTD.,

    Defendant.

Case No. 2:10-cv-267
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE E. A. PRESTON DEAVERS

## ORDER

On May 28, 2010, the parties entered a stipulation of dismissal of the fourth cause of action in this case. (Doc. 12.) Defendant's Motion to Dismiss the Fourth Cause of Action in Plaintiff's Complaint (Doc. 9) is therefore **DENIED** as moot.

**IT IS SO ORDERED.**

6-1-2010
**DATED**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**